Janet DANIEL, Appellant,

v.

**Janet M. Perry VAN WYE, Michael L. Van Wye and Rosalie E Van Wye, Resondents.**

**WD 77612**

Missouri Court of Appeals, Western District.

Filed: April 28, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 2015

Application for Transfer Denied August 18, 2015

---

Kari A. Schulte, Jefferson City, for appellant

William A. Mallory, for respondents

Before Division Four: Alok Ahuja, Chief Judge Presiding, Joseph M. Ellis, Judge and Marco A. Roldan, Special Judge

## ORDER

Per Curiam

Appellant Janet Daniel appeals from the Circuit Court of DeKalb County's grant of summary judgment in favor of Respondents Janet M. Perry Van Wye, Michael Van Wye, and Rosalie E. Van Wye. After a thorough review of the record, we conclude that Respondents established they are entitled to judgment as a matter of law; thus, the trial court did not err by granting summary judgment in Respondents' favor. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties. Judgment affirmed. **Rule 84.16(b).**